UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAVON TURNER,

Plaintiff,

v.

THE TREE HOUSE DISPENSARY, INC.,

Defendant.

24 Civ. 7994 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster

disposition of this matter, it is hereby **ORDERED** that the parties must discuss whether they are

willing to consent under 28 U.S.C. § 636(c) to conduct all further proceedings before the

assigned Magistrate Judge.

If both parties consent to proceed before the Magistrate Judge, counsel for the defendant

must, by **November 1, 2024,** file on ECF a fully executed Notice, Consent, and Reference of a

Civil Action to a Magistrate Judge form, a copy of which is attached to this order (and also

available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf).  If the Court

approves that form, all further proceedings will then be conducted before the assigned Magistrate

Judge rather than before the undersigned.  Any appeal would be taken directly to the United

States Court of Appeals for the Second Circuit, as it would be if the consent form were not

signed and so ordered.

If either party does not consent to conducting all further proceedings before the assigned

Magistrate Judge, the parties must file a joint letter by **November 1, 2024,** advising the Court

that the parties do not consent, but without disclosing the identity of the party or parties who do

not consent. The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: October 25, 2024
New York, New York

_____
DALE E. HO
United States District Judge