UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAVON TURNER, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

THE TREEHOUSE DISPENSARY INC.,

        Defendant.

24-CV-07994 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 17, 2024, I issued an Order to Show Cause why an order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiff to seek default judgment against Defendant for failure to defend this action. (ECF 9.) I directed Plaintiff to serve that order on Defendant no later than December 19, 2024, and to file proof on the docket of such service on the same date. (*See id.*)

Plaintiff has not filed proof of service on the docket, and so I am extending nunc pro tunc the deadline for Plaintiff to do so until December 23, 2024.

DATED: December 20, 2024
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge