# Joseph & Norinsberg LLC

## Fighting for Employee Justice

| | | |
|---|---|---|
| **Queens Office** | **Manhattan Office** | **Newark Office** |
| 69-06 Grand Avenue, 3rd Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

Arjeta Albani, Esq.
arjeta@norinsberglaw.com

**VIA ECF**

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

---

Date: 12/23/2024
New York, NY

SO ORDERED

*[signature]*

**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**

---

**Re: Tavon Turner v. The Treehouse Dispensary, Inc.,**
     **Case No. 1:24-cv-07994-DEH**
     **Response to Order to Show Cause**

Dear Judge Tarnofsky:

Our office represents Plaintiff Tavon Turner in the above-referenced matter. We write in response to the Court's Order dated December 20, 2024, requiring Plaintiff to show cause why an order should not be issued pursuant to Fed.R.Civ.P. 55, instructing Plaintiff to seek default judgment against Defendant for failure to defend this action. (ECF 9.) On December 17, 2024, this Honorable Court directed plaintiff to serve the previous order upon defendant no later than December 19th, 2024, and to file proof on the docket of such service on the same date.

I hereby certify that on December 17, 2024, our office served Your Honor's Order dated December 17, 2024, the Complaint and all other orders in this action by first-class certified mail, return receipt requested. A copy of the proof of service is annexed hereto as Exhibit "A". (see Ex. A) (Letterstream Job Completion)

We assure the Court that we are prepared to comply with all deadlines and procedures henceforth. Specifically, we will initiate the process to file a motion for Default Judgment against the Defendant if we do not hear from the Defendant on or before the January 9, 2025 deadline by which Your Honor extended Defendant's time to submit a written response to the Complaint.

Thank you for your understanding and consideration.

Respectfully submitted,

JOSEPH & NORINSBERG, LLC

Arjeta Albani, Esq.
*Attorneys For Plaintiff*
110 East 59th Street
Suite 2300
New York,  New York 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@norinsberglaw.com

# EXHIBIT A

# LetterStream

855 East Anderson | Suite 108 | Scottsdale, AZ 85255
(480) 473-3282          support@letterstream.com

## INVOICE

| Date | Invoice # |
|------|-----------|
| 12/20/2024 | 10780546 |

**Jon L. Norinsberg, Esq., PLLC**
**110 East 59th Street, Suite 2300**
**New York, NY 10022**

Remit to address:

**LetterStream, Inc.**
**PO Box 29900**
**Department 937**
**Phoenix AZ 85038-0900**

| Terms | Due Date | Rep |
|-------|----------|-----|
| PrePay | PrePaid | DP |

| Item | Description | Qty | Cost | Total |
|------|-------------|-----|------|-------|
| _Windowed Letter (Certified) | Windowed Express Letter - to be inserted into 3 window certified envelope and mailed | 1 | 10.340 | $  10.34 |
| No Return Receipt | Return Receipt Not Included | 1 | -2.620 | $  -2.62 |
| 36 Sheets Inserted | 8.5x11 20 lb Plain White Simplex Black print treehousemailing121724.pdf | 1 | 4.320 | $  4.32 |
| Coversheet | 8.5x11 Printed Coversheet | 1 | 0.100 | $  0.10 |
| Extra Postage | 6 additional ounces per piece | 1 | 1.680 | $  1.68 |
| Flat Envelope | Upgraded to Flat Envelope due to number of items included | 1 | 1.540 | $  1.54 |
|  | MAILING DATE:  12/18/2024  JOB TITLE:  My Mailing 12/17/2024  JOB TYPE:  _Windowed Letter (Certified) |  |  |  |

| | |
|---|---|
| **Total Charges** | $  15.36 |
| **Total Due** | $  0.00 |

### *Thank you for your business.*

A 2% monthly charge will be levied on any past due balances. Customer agrees to pay all collection costs and attorney's costs and attorney's fees necessary to collect any past due amounts, as permitted by law. Failure to contact us promptly about discrepancies substan ates the charges.

# LetterStream

855 East Anderson | Suite 108 | Scottsdale, AZ 85255
(480) 473-3282          support@letterstream.com

# INVOICE

| Date | Invoice # |
|---|---|
| 12/18/2024 | 10780546 |

**Jon L. Norinsberg, Esq., PLLC**
**110 East 59th Street, Suite 2300**
**New York, NY 10022**

Remit to address:

**LetterStream, Inc.**
**PO Box 29900**
**Department 937**
**Phoenix AZ 85038-0900**

| Terms | Due Date | Rep |
|---|---|---|
| PrePay | PrePaid | DP |

| Item | Description | Qty | Cost | Total |
|---|---|---|---|---|
| _Windowed Letter (Certified) | Windowed Express Letter - to be inserted into 3 window certified envelope and mailed | 1 | 10.340 | $ 10.34 |
| No Return Receipt | Return Receipt Not Included | 1 | -2.620 | $ -2.62 |
| 36 Sheets Inserted | 8.5x11 20 lb Plain White Simplex Black print treehousemailing121724.pdf | 1 | 4.320 | $ 4.32 |
| Coversheet | 8.5x11 Printed Coversheet | 1 | 0.100 | $ 0.10 |
| Extra Postage | 6 additional ounces per piece | 1 | 1.680 | $ 1.68 |
| Flat Envelope | Upgraded to Flat Envelope due to number of items included | 1 | 1.540 | $ 1.54 |
|  | MAILING DATE:<br>    12/18/2024<br>JOB TITLE:<br>    My Mailing 12/17/2024<br>JOB TYPE:<br>    _Windowed Letter (Certified) | | | |

### *Thank you for your business.*

A 2% monthly charge will be levied on any past due balances. Customer agrees to pay all collection costs and attorney's costs and attorney's fees necessary to collect any past due amounts, as permitted by law. Failure to contact us promptly about discrepancies substan iates the charges.

| Total Charges | $ 15.36 |
|---|---|
| Total Due | $ 0.00 |