UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAVON TURNER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>THE TREEHOUSE DISPENSARY INC.,<br><br>Defendant. | 24-CV-07994 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant THE TREEHOUSE DISPENSARY INC ("Defendant") with the summons and complaint in this matter on November 21, 2024. (*See* ECF 8.) Defendant was therefore required to respond to the Complaint by December 12, 2024. (*See id*.) On December 17, 2024, I issued an Order To Show Cause, directed at Defendant, why an order should not be issued instructing Plaintiff to seek a default judgment against Defendant for failure to defend this action; Plaintiff was required to serve the Order To Show Cause on Defendant by December 19, 2024. (*See* ECF 10.) Plaintiff served the Order to Show Cause on December 17, 2024. (*See* ECF 11.) To date, Defendant has not responded to the complaint or satisfied the Order To Show Cause by explaining the reason for the delay.

Defendant is hereby Ordered To Show Cause why an order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiff to seek default judgment against Defendant for failure to defend this action. This Order To Show Cause may be satisfied by filing a written response to the complaint by **January 27, 2025** along with a declaration explaining why Defendant did not timely respond to the complaint. Plaintiff is directed to serve by **January 13,**

**2025,** a copy of this Order To Show Cause to Defendant. Service shall be made by registered mail and by any email addresses used by Defendant and known to Plaintiff at their principal place of business, identified in the complaint as 69 6th Avenue, Brooklyn, NY 11217 (ECF 1). Plaintiff is directed to file confirmation of such mailings on the docket by **January 13, 2025**.

Defendant is warned that failure to respond to this Order To Show Cause may result in an order instructing Plaintiff to seek a default judgment against Defendant for failure to defend this action.

DATED: January 10, 2025
      New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge