UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAVON TURNER, on behalf of himself and all others similarly situated,

               Plaintiffs,

  -against-

THE TREEHOUSE DISPENSARY INC.,

               Defendant.

24-CV-07994 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 10, 2025, I issued an Order to Show Cause why an order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiff to seek default judgment against Defendant for failure to defend this action. (ECF 14.) I directed Plaintiff to serve that order on Defendant no later than January 13, 2025, and to file proof on the docket of such service on the same date. (*See id.*)

Plaintiff has not filed proof of service on the docket, and so I am extending nunc pro tunc the deadline for Plaintiff to do so until **tomorrow, January 31, 2025**.

DATED:  January 30, 2025
              New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge