UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAVON TURNER, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

THE TREE HOUSE DISPENSARY, Defendant.

1:24-cv-07994-DEH-RFT

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i), Fed.R.Civ.P.**

IT IS HEREBY AGREED that Plaintiff, Primitivo Robles ("Plaintiff") by and through their undersigned counsel, under Rule 41(a)(1) (A) (i) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed without prejudice, without costs or attorneys' fees.

Dated: February 18, 2025

SO ORDERED. The Clerk of Court is respectfully directed to terminate this case.

Dated: February 19, 2025
New York, New York

Dale E. Ho
United States District Judge

**JOSEPH & NORINSBERG, LLC**

By: ______________________________
Arjeta Albani, Esq.
*Counsel for Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
Tel: (212) 227-5700
jon@norinsberglaw.com
bennitta@employeejustice.com
*Attorneys for Plaintiff*